**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2351**

---

STUART L. PRESCOTT,

Plaintiff - Appellant,

versus

GEORGE HALL, Individually and In His Capacity as President of First N.H. Bank; JAMES ELLIOT, Individually and In His Capacity as Sergeant/ Supervisor of Civil Process and Seizure Division, Gloucester County Sheriff's Department, Gloucester County, Virginia; RONALD BUCHANAN, Individually and In His Capacity as President of Buchanan Auto and Auction Co., and Auxiliary Police Officer, Chesapeake Police Department, Chesapeake, Virginia; BARRY RUDIGER, Individually and In His Capacity as General Manager of B&L Transportation, Chesapeake, Virginia; FIRST N.H. BANK; GLOUCESTER SHERIFF'S DEPARTMENT; ROBIN P. STANAWAY, In His Capacity as Sheriff, Gloucester County Sheriff's Department, Gloucester, Virginia; DENWOOD W. INSLEY, Individually and In His Capacity as Captain and Operations Officer of the Gloucester County Sheriff's Department, Gloucester, Virginia; BUCHANAN AUTO AND AUC- TION COMPANY, INCORPORATED; B&L TRANSPORTA- TION; BANK OF IRELAND, Dublin, Ireland and Manchester, New Hampshire, U.S.A.; BANK OF IRELAND FIRST HOLDINGS, INC.; GARY BRYANT, Esquire; PETER ZEMANIAN, Esquire; JOEL BRINKMAN, Esquire, Corporate Counsel, Bank of Ireland, Bank of Ireland First Holdings, Inc. and First N.H. Bank; MICHAEL J. CONNOLLY, General Manager, Bank of Ireland and Executive Vice President, Bank of Ireland First Hold- ings, Inc.; PATRICK SULLIVAN, Senior Vice President First N.H. Bank and Bank of Ireland

First Holdings, Inc.; JOYCE TOMMASINO, Vice President, First N.H. Bank, Manchester, New Hampshire; MARK CRANDALL, Vice President, First N.H. Bank, Manchester, New Hampshire; BRADFORD BUCKLEY, Vice President, First N.H. Bank, Manchester, New Hampshire; LEE DICKEY, Former Vice President of First N.H. Bank, Dragut, Massachusetts; WILLIAM GANNON, Esquire; RICHARD W. JENSEN, Esquire,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert E. Payne, District Judge. (CA-93-40-4, CA-93-46-4)

---

Submitted: November 12, 1996        Decided: December 4, 1996

---

Before WIDENER, MURNAGHAN, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stuart L. Prescott, Appellant Pro Se. Stephen Michael Sayers, Bradley R. Duncan, HUNTON & WILLIAMS, McLean, Virginia; John Adrian Gibney, Jr., SHUFORD, RUBIN & GIBNEY, Richmond, Virginia; Richard Ball Baker, WILLIAMS KELLY & GREER, Norfolk, Virginia; Allan Simpson Reynolds, Sr., REYNOLDS, SMITH & WINTERS, P.C., Norfolk, Virginia; Douglas Pendleton Rucker, Jr., Elaine Richardson Jordan, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing with prejudice his RICO and civil rights actions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Prescott v. Hall</u>, Nos. CA-93-40-4; CA-93-46-4 (E.D. Va. June 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>